**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT WAGNER,

Plaintiff,

v.

VERISK ANALYTICS, INC.,

Defendant.

Case No.: 26-cv-01695

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Verisk Analytics, Inc. ("Verisk"), without waiving or relinquishing any defenses it may have, files this Notice of Removal of an Action from State Court, and hereby removes the civil action pending in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case No. 26-CA-005312 to the United States District Court for the Middle District of Florida, Tampa Division, which is the federal district embracing the county in which the state court action is pending. In support, Verisk states the following:

**INTRODUCTION**

1. On or about May 13, 2026, Plaintiff Robert Wagner filed a complaint ("Complaint") in the Thirteenth Judicial Circuit in and for Hillsborough County,

Florida, captioned *Robert Wagner v. Verisk Analytics, Inc.* (the "State Court Action"). A true and correct copy of the Complaint, as filed on the Thirteenth Judicial Circuit of Hillsborough County docket, is attached as **Exhibit A**. Plaintiff alleges violations of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, against Verisk.

2. On May 15, 2026, a summons was issued for Verisk. On or about May 20, 2026, Plaintiff purported to serve Verisk with the Summons and Complaint.

3. There are no other named defendants in this case.

4. Verisk has not yet answered or otherwise responded to the Complaint in the State Court Action. Verisk reserves all rights to raise any and all available defenses in this Court or in the State Court in the event of a remand, including all defenses available to it under Federal Rule of Civil Procedure 12(b).

5. By removing this action from the Thirteenth Judicial Circuit in and for Hillsborough County, Verisk does not admit any of the allegations in the Complaint.

**<u>TIMELINESS OF REMOVAL</u>**

6. Verisk received the Complaint on or about May 20, 2026. This Notice of Removal is therefore timely because it was filed within the 30-day timeframe permitted by the Federal Rules and 28 U.S.C. § 1446(b).

**<u>JURISDICTION AND GROUNDS FOR REMOVAL</u>**

7. This Court has original jurisdiction under 28 U.S.C. § 1331 because this

is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331, 1441(a). In the Complaint, Plaintiff seeks damages for Verisk's alleged violations of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. *See* Exhibit A ¶ 1; *see also Inetianbor v. CashCall, Inc*., 923 F. Supp. 2d 1358, 1361 (S.D. Fla. 2013) (exercising original jurisdiction "over the FCRA claim under § 1331, because such claim arises under federal law" and as such, is properly removable). Verisk disputes that it has violated the federal Fair Credit Reporting Act as alleged in Plaintiff's Complaint.

## **PROCEDURAL REQUIREMENTS**

8. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is the federal district and division embracing the place where the State Court Action is pending.

9. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Verisk received a copy of Plaintiff's Complaint.

10. This Notice of Removal is signed by counsel for Verisk pursuant to Federal Rule of Civil Procedure 11. *See* 28 U.S.C. § 1446(a).

11. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders from the State Court Action which were purportedly served upon Verisk are being filed with this Notice of Removal and are attached hereto as

**Exhibits B and C.**

12. Verisk has not attempted to litigate this case in state court or taken any action that could be construed as a waiver of its right of removal.

13. Contemporaneously with the filing of this Notice of Removal in this Court, written notice of such filing is being served upon Plaintiff. In addition, a copy of the Notice of Removal will be filed in the State Court Action. 28 U.S.C. § 1446(d).

14. Along with this Notice of Removal, Verisk has concurrently tendered the proper filing fee.

15. Verisk reserves its right to amend or supplement this Notice of Removal. If any question arises as to the propriety of the removal of this action, Verisk requests the opportunity to present further briefing, evidence, and/or oral argument in support of removal.

**WHEREFORE**, Verisk Analytics, Inc. respectfully gives notice of its removal of the above-captioned matter to the United States District Court for the Middle District of Florida. Plaintiff is hereby notified to proceed no further in the State Court Action.

Dated: June 9, 2026

Respectfully submitted,

*/s/ Diana Marie Fassbender*
Diana Marie Fassbender
Florida Bar No. 17095
Orrick, Herrington & Sutcliffe LLP
dszego@orrick.com
215 NW 24th Street
Suite 200
Miami, FL 33127
Telephone: (202) 339-8533
Facsimile: (202) 339-8500

*Lead Counsel for Defendant*
*Verisk Analytics, Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 9, 2026, I electronically filed the foregoing Notice of Removal with the Clerk of the Court by using the CM/ECF system.

*/s/ Diana Marie Fassbender*
Diana Marie Fassbender
Florida Bar No. 17095
Orrick, Herrington & Sutcliffe LLP
dszego@orrick.com
215 NW 24th Street
Suite 200
Miami, FL 33127
Telephone: (202) 339-8533
Facsimile: (202) 339-8500

*Counsel for Defendant*
*Verisk Analytics, Inc.*