**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Robert Wagner,

Plaintiff,

Case No. 8:26-cv-01695-WFJ-CPT

v.

Verisk Analytics, Inc.,

Defendants.
______________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), Plaintiff hereby certifies that the instant action:

__X_ IS related to pending or closed civil or criminal cases previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: Wagner v. First Protective Insurance Company, Case 23-CA-014866 Hillsborough County, FL Circuit Court Civil Division.

__IS NOT related to any pending or closed civil or criminal cases filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted July 27, 2026, by

*/s/ Thomas M. Bonan*
Thomas M. Bonan
FL Bar # 118103
SERAPH LEGAL, P. A.
3505 East Frontage Road, Ste 145,
Tampa, Florida 33607
Tel: 813-321-2347
Fax: 855-500-0705

tbonan@seraphlegal.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document will be served via email transmission by the CM/ECF system.

/s/Thomas M. Bonan
Thomas M. Bonan
Florida Bar Number: 118103